**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| THOMAS I. AMSINGER,                )<br>                                                         )<br>            Plaintiff,                          )<br>                                                         )<br>    v.                                               )<br>                                                         )<br>STEVE MUNCHNICK, et al.,          )<br>                                                         )<br>            Defendants.                     ) | No. 4:12-CV-906 CAS |

## ORDER

This matter is before the Court on pro se plaintiff Thomas I. Amsinger's motion for leave to file an amended complaint. Plaintiff filed his motion to amend within 21 days of defendants' Rule 12(b)(1) and (6) motion to dismiss. Because plaintiff moved to amend within the time contemplated by Federal Rule of Civil Procedure 15(a)(1), leave is not required to file the amended complaint, and plaintiff may amend as a matter of course. The Court will direct the Clerk of Court to detach and docket plaintiff's amended complaint, which was attached to his motion for leave.

That said, the Court has reviewed plaintiff's amended complaint and the exhibits attached thereto. The Court is concerned because the exhibits contain personal data identifiers such as social security numbers and account numbers. Plaintiff is reminded that under Local Rule 2.17(A) of this Court, and the E-Government Act of 2002, parties must refrain from including the following personal data identifiers in documents filed with the Court:

> (1) **Social Security Number**. Only the last four digits of a Social Security number may be listed in the filing.
>
> (2) **Names of minor children**. Only the initials of minor children may be listed in the filing.
>
> (3) **Dates of birth**. Only the year of birth may be listed in the filing.

>> (4)  **Financial account numbers**.  Only the last four digits of financial account numbers may be listed in the filing.
>
> (5) **Home Addresses**.  The home address of a non-party should not appear in any filing.  If a home address must be included, only the city and state may be listed.

E.D. Mo. Local Rule 2.17(A).

The Local Rule also requires additional filings where redacted personal data identifiers are present in a document:

> (B) **Required Filing**.  Parties must, in addition to the redacted filing, file under seal with the Court either (1) an unredacted copy of the document, or (2) a reference sheet containing a key to the redacted personal identifiers. . . .

E.D. Mo. Local Rule 2.17(B).

Finally, Local Rule 2.17 provides that the responsibility for redaction of personal data identifiers rests solely with the filing party, and the Clerk of the Court will not review each filing for compliance with the Rule.  See E.D. Mo. Local Rule 2.17(C).

The Court will order the Clerk of Court to restrict electronic access to and place under seal the exhibits attached to plaintiff's amended complaint, in order to protect the privacy individuals whose personal data identifiers may be included in the exhibits.  Plaintiff is reminded that in any future filings, he must comply with Local Rule 2.17 and redact any personal data identifiers in his filings and provide unredacted copies or a reference sheet to be filed under seal as set forth above.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to file an amended complaint is **DENIED as moot.**  Under the applicable Federal Rule of Civil Procedure, leave of Court is not required at this time.  [Doc. 9]

**IT IS FURTHER ORDERED** that the Clerk of Court shall detach and docket plaintiff's

amended complaint, which was attached to his motion for leave. The Clerk of the Court shall restrict electronic access and place under seal the exhibits attached to plaintiff's amended complaint, as the exhibits contain personal data identifiers.

**IT IS FURTHER ORDERED** that all future filings shall comply with Local Rule 2.17 in that any personal data identifiers shall be redacted, and unredacted copies or a reference sheet shall be provided.

_____
 **CHARLES A. SHAW**
 **UNITED STATES DISTRICT JUDGE**

Dated this   22nd    day of October, 2012.