**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

THOMAS I. AMSINGER,                              )
                                                 )
                    Plaintiff,                   )
                                                 )
        v.                                       )          No. 4:12-CV-906 CAS
                                                 )
STEVE MUNCHNICK, et al.,                         )
                                                 )
                    Defendants.                  )

**<u>ORDER</u>**

This matter is before the Court on plaintiff Thomas I. Amsinger's motion for partial

summary judgment.  Plaintiff, who is proceeding <u>pro se,</u> has failed to comply with the provisions

of Eastern

District Local Rule 4.01(A), which requires a supportive memorandum.  Local Rule 4.01(E)

additionally requires that a statement of material facts be submitted in connection with a summary

judgment motion:

> A memorandum in support of a motion for summary judgment shall have
> attached a statement of uncontroverted material facts, set forth in a separately
> numbered paragraph for each fact, indicating whether each fact is established by the
> record, and, if so, the appropriate citations.  Every memorandum in opposition shall
> include a statement of material facts as to which the party contends a genuine issue
> exists.  Those matters in dispute shall be set forth with specific references to portions
> of the record, where available, upon which the opposing party relies.  The opposing
> party also shall note for all disputed facts the paragraph number from the movant's
> listing of facts.  All matters set forth in the statement of the movant shall be deemed
> admitted for purposes of summary judgment unless specifically controverted by the
> opposing party.

<u>See</u> E.D. Mo. L.R. Rule 4.01(E).

Plaintiff's motion for partial summary judgment does not include a separate or concise

statement of material facts as described under the Local Rules, nor does it have a supportive

memorandum containing citations to relevant case law.  As a result of plaintiff's failure to comply with the Local Rules of this Court, his motion for partial summary judgment will be denied without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff Thomas I. Amsinger's motion for partial summary judgment is **DENIED without prejudice.** [Doc. 21]


**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**


Dated this __13th____ day of March, 2013.