UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS I. AMSINGER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:12-CV-906 CAS |
| | ) | |
| STEVE MUNCHNICK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court on plaintiff Thomas I. Amsinger's motion for partial summary judgment. Plaintiff, who is proceeding pro se, has failed to comply with the provisions of Eastern District Local Rule 4.01(A), which requires a supportive memorandum. Local Rule 4.01(E) additionally requires that a statement of material facts be submitted in connection with a summary judgment motion:

> A memorandum in support of a motion for summary judgment shall have attached a statement of uncontroverted material facts, set forth in a separately numbered paragraph for each fact, indicating whether each fact is established by the record, and, if so, the appropriate citations. Every memorandum in opposition shall include a statement of material facts as to which the party contends a genuine issue exists. Those matters in dispute shall be set forth with specific references to portions of the record, where available, upon which the opposing party relies. The opposing party also shall note for all disputed facts the paragraph number from the movant's listing of facts. All matters set forth in the statement of the movant shall be deemed admitted for purposes of summary judgment unless specifically controverted by the opposing party.

See E.D. Mo. L.R. Rule 4.01(E).

Plaintiff's motion for partial summary judgment does not include a separate or concise statement of material facts as described under the Local Rules, nor does it have a supportive

memorandum containing citations to relevant case law. As a result of plaintiff's failure to comply with the Local Rules of this Court, his motion for partial summary judgment will be denied without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff Thomas I. Amsinger's motion for partial summary judgment is **DENIED without prejudice.** [Doc. 21]

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this   13th    day of March, 2013.